[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-13362
Non-Argument Calendar

_____

D.C. Docket No. 1:12-cr-00042-JRH-BKE-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES MAURICE ANDREWS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(April 10, 2019)

Before , MARTIN, JORDAN, and NEWSOM, Circuit Judges.

PER CURIAM:

Matthew Franklin, appointed counsel for Charles Maurice Andrews in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Andrews's revocation of his supervised release and sentence are **AFFIRMED**.